UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80368-DIMITROULEAS/REINHART

LESLIE B. DANIELS and 100
EVERGLADES, LLC,

        Plaintiffs,

v.

TOWN OF PALM BEACH, FLORIDA,

        Defendant.

                                   /

**MOTION TO BE EXCUSED FROM TRIAL THE WEEK OF APRIL 13, 2026**

Defendant, Town of Palm Beach, through undersigned counsel, requests this Court to not schedule trial in this cause the second week of the docket (the week of April 13, 2026) and states

1.      The above-referenced case is presently scheduled for trial during the two week docket beginning April 6, 2026.

2.      Defendant and its undersigned counsel were in trial during the week of January 12, 2026 in *Tiffany Dawn Cloutier v Town of Palm Beach,* Case No:  502022CA003744XXXXMB AN (Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida).  The trial did not conclude; an additional two days are necessary to conclude the trial.  The Circuit Court offered the parties March 31 and April 1 or April 15 and 16 but counsel for the plaintiffs was not available on the earlier dates that would have avoided a conflict with this Court's trial docket.. The *Cloutier* case has thus now been specially set to conclude on April 15 and 16, 2026. The Amended Agreed Order Specially Resetting Continuance of Consolidated Non-Jury Trial is attached as **Exhibit A**.

3.      Additionally, the Town Council of the Town of Palm Beach only meets monthly—on the second Tuesday and Wednesday of the month—and will meet on April 14 and 15, 2026. This schedule was set approximately six (6) months ago. The Town Manager, accompanied by the Chief

1

of Police, Director of Public Works, and Town Engineer, leads the regular Council meeting on April 14, while the Director of Planning, Zoning & Building leads the Council's Development Review meeting on April 15. All of these individuals have been subpoenaed to testify in this case by Plaintiffs yet their attendance at the Council meetings is essential to the business of the Town.

4.      Defendant respectfully submits that good cause exists to excuse the parties from the second week of the trial docket.

WHEREFORE, Defendant respectfully requests that the Court enter an order, in the form attached as **Exhibit B**, directing that this case not be scheduled for trial the week of April 13, 2026.

<u>**LOCAL RULE 7.1(a)(2) CERTIFICATION**</u>

In accordance with S.D. Fla. L.R. 7.1(a)(2), the undersigned hereby certifies that she has conferred with counsel for Plaintiff, Joseph P. Kenny, in a good faith effort to resolve the issues raised in this Motion and that Mr. Kenny has no objection to the relief sought herein.

JONES FOSTER P.A.
Attorneys for Defendant
505 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
(561) 659-3000 [Telephone]
(561) 650-5300 [Facsimile]

By: /s/ Joanne M. O'Connor
Joanne M. O'Connor
Florida Bar No. 498807
joconnor@jonesfoster.com
Roberto M. Vargas
Florida Bar No. 151106
rvargas@jonesfoster.com
Lainey W. Francisco
Florida Bar No. 1039558
lfrancisco@jonesfoster.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 16, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on

2

all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joanne M. O'Connor
Joanne M. O'Connor

**DANIELS v TOWN OF PALM BEACH**
**CASE NO. 9:25-cv-80368-WPD**
**SERVICE LIST**

Joseph P. Kenny, Esquire
Sanford Blaine Kinne, Esquire
Weber Crabb & Wein, P.A.
5453 Central Avenue
St. Petersburg, Florida 33710
727-828-9919
727-828-9924 fax
Joseph.kenny@webercrabb.com
Blaine.kinne@webercrabb.com
Suzie.whitaker@webercrabb.com
*Attorney for Plaintiffs*

J. David Breemer, Esquire
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 954814
916-419-7111
jbreember@pacificlegal.org
*Attorney for Plaintiffs (pro hac vice pending)*

Joanne M. O'Connor, Esquire
Roberto M. Vargas, Esquire
Lainey W. Francisco, Esquire
Jones Foster P.A.
505 South Flagler Drive
Suite 1100
West Palm Beach, Florida 33401
561-659-3000
561-650-5300 fax
joconnor@jonesfoster.com
rvargas@jonesfoster.com
lfrancisco@jonesfoster.com
*Attorneys for Defendant*

#7731798 v1 13156-00452

4