UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80368-DIMITROULEAS/REINHART

LESLIE B. DANIELS and 100
EVERGLADES, LLC,

       Plaintiffs,

v.

TOWN OF PALM BEACH, FLORIDA,

       Defendant.

_____/

## ORDER RESETTING CALENDAR CALL

THIS CAUSE is before the Court *sua sponte* upon a review of its calendar.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Calendar call is **RESET** for **Wednesday, April 1, 2026** at **10:00 a.m**. These proceedings shall be conducted in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, FL.

2. No other deadlines are affected by this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record