

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80368-DIMITROULEAS/REINHART

LESLIE B. DANIELS and 100
EVERGLADES, LLC,

      Plaintiffs,

v.

TOWN OF PALM BEACH, FLORIDA,

      Defendant.

_____/

**EXHIBIT D TO PRETRIAL STIPULATION**

**DEFENDANT'S TRIAL WITNESS LIST**

Defendant, Town of Palm Beach, Florida, by and through undersigned counsel files the following Witness List for Trial:

| Name | Likelihood of Testifying | Objection to Testifying |
|---|---|---|
| Kirk Blouin<br>Town Manager<br>Town of Palm Beach<br>c/o Jones Foster P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, Florida 33401 | Likely<br><br>W-2 4/8 | |
| H. Paul Brazil, PE<br>Director of Public Works<br>Town of Palm Beach<br>c/o Jones Foster P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, Florida 33401 | Likely | |

1

| | | |
|---|---|---|
| Captain Joseph Guelli<br>Palm Beach Police Department<br>c/o Jones Foster P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, Florida 33401 | Likely<br><br>W-10  4/9 | |
| Captain Will Rothrock<br>Police Department<br>Town of Palm Beach<br>c/o Jones Foster P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, Florida 33401 | Likely<br><br>W-11  4/10 | |
| Patricia Strayer, PE<br>Town Engineer<br>Town of Palm Beach<br>c/o Jones Foster P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, Florida 33401 | Likely | |
| David Brooker<br>127 Root Trail<br>Palm Beach, Florida 33480 | Likely<br><br>W-9  4/9 | |
| Virginia Dadey<br>267 Atlantic Ave.<br>Palm Beach, FL 33480 | Possible | |
| The Honorable Daniel T.K. Hurley<br>Sun & Surf Condominium, Palm<br>Beach, FL<br>Chambers: (305) 523-5001 | Likely | |
| Penelope Irwin<br>167 Root Trail<br>Palm Beach, Florida 33480 | Likely<br><br>W-8  4/9 | |
| Timothy O'Hara<br>222 Everglade Avenue<br>Palm Beach, Florida 33480 | Likely<br><br>W-3  4/8 | |
| Michael J. Pucillo<br>224 Dunbar Road<br>Palm Beach, Florida 33480 | Likely<br><br>W-5  4/9 | |

2

| | | |
|---|---|---|
| Christopher M. Twardy<br>219 Everglade Avenue<br>Palm Beach, Florida 33480 | Likely<br><br>W-7  4/8 | |
| Tom Warnke<br>Surfrider Foundation Palm Beach<br>County Chapter<br>2780 Worcester Road<br>Lake Worth, Florida 33462 | Likely<br><br>W-4  4/8 | |
| Richard Wentley<br>230 Costello Road<br>West Palm Beach, FL 33405 | Likely<br><br>W-6  4/9 | |
| Michael Jenkins, PhD, PE<br>Coastal Engineering Principal<br>Applied Technology & Management<br>2047 Vista Parkway, Suite 101<br>West Palm Beach, FL 33411 | Likely<br><br>W-1  4/8 | |
| Wayne Bergman, MCP, LEED-AP<br>Director of Planning, Zoning &<br>Building<br>Town of Palm Beach<br>c/o Jones Foster P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, Florida 33401 | Possible | |
| Chief Nicholas Caristo<br>Police Department<br>Town of Palm Beach<br>c/o Jones Foster P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, Florida 33401 | Possible | |
| David Reese<br>108 Dolphin Road<br>Palm Beach, Florida 33480 | Likely – Via<br>Deposition | **Objection to<br>testifying via<br>deposition<br>transcript. No<br>exception under<br>Rule 32** |
| Helen K. Tracy<br>8447 Quail Meadow Way<br>West Palm Beach, Florida 33412 | Likely – Via<br>Deposition<br>4/9 | **Objection to<br>testifying via<br>deposition<br>transcript. No** |

3

| | | exception under Rule 32 |
|---|---|---|
| Peter Kaupe<br>266 Atlantic Ave.<br>Palm Beach, FL 33480 | Likely – Via Deposition | **Objection to testifying via deposition transcript. No exception under Rule 32.**<br><br>**No deposition taken in case.** |
| Avery Klann<br>c/o S. William Moore, Esq.<br>Vanessa Bolton, Esq.<br>Moore Bowman & Reese, P.A.<br>551 N. Cattlemen Road, Ste. 100<br>Sarasota, FL 34232 | Likely – Via Deposition | **Objection to testifying via deposition transcript. No exception under Rule 32.**<br><br>**No deposition taken in case.** |

JONES FOSTER P.A.
Attorneys for Defendant
505 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
(561) 659-3000 [Telephone]
(561) 650-5300 [Facsimile]

By: /s/ Joanne M. O'Connor
Joanne M. O'Connor
Florida Bar No. 498807
joconnor@jonesfoster.com
Roberto M. Vargas
Florida Bar No. 151106
rvargas@jonesfoster.com
Lainey W. Francisco
Florida Bar No. 1039558
lfrancisco@jonesfoster.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

4