Case 9:25-cv-80368-WPD Document 79-2 Entered on FLSD Docket 02/20/2026 Page 2 of 12

K.   "FSBPA" shall mean Florida Shore & Beach Preservation Association

| Def. No. | Doc Date | Description of Exhibits | Obj./Stip | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1. | | Aerial of the Beach Area between Wells Road and Sunset Avenue | Stip | | | 4/8 |
| 2. | N/A | Composite of Coastal Coordinator Images of North Ocean Boulevard | Stip | . | | 4/8 |
| 3. | | Plat – Roots Subdivision, recorded in Plat Book 1, Page 22, Public Records of Palm Beach County, Florida | R | | | |
| 4. | 1912 | Plat – Floral Park | R | | | |
| 5. | | Plat – Proximity Park Subdivision, recorded in Plat Book 2, Page 9, Public Records of Palm Beach County, Florida | R | | | |
| 6. | | Plat – Ocean Park, H.W. Robbins Addition to Palm Beach, Florida, recorded in Plat book 6, Page 78, Florida Records of Palm Beach County, Florida | Stip | | | 4/7 |
| 7. | | Plat – Sunrise Ave. Addition, recorded in Plat Book 1, Page 62, Public Records of Palm Beach County, Florida | R | | | |
| 8. | | Plat- Adams Addition to Palm Beach recorded in Plat Book 7, Page 68 of the Public Records of Palm Beach County, Florida | R | | | |
| 9. | | Plat – Paragon Subdivision, recorded in Plat Book 45, Pages 76 and 76, Public Records of Palm Beach County, Florida | R | | | |
| 10. | 1970 | Fla.Laws, Ch.70-276 Florida's Beach and Shore Preservation Act | Stip | | | |
| 11. | 1982 | Ch. 82-144, 1982 Fla. Laws 403 | Stip | | | |
| 12. | 01/12/1982 | Senate Staff Analysis and Economic Impact Statement for SB 255 | Stip | | | |
| 13. | 1986 | Ch. 86-138, 1986 Fla. Laws 421 | Stip | | | |
| 14. | 2025 | Senate Bill SB 1622_2-01664A-25_Florida Senate 2025 | Stip | | | |

2

| Def. No. | Doc Date | Description of Exhibits | Obj./Stip | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 15. | 03/28/2025 | Senate Bill SB 1622 Analysis and Fiscal Impact Statement | Stip | | | |
| 16. | 05/26/1986 | Senate Staff Analysis and Economic Impact Statement for CS/CS/SB 432 & 281. | Stip | | | |
| 17. | 09/10/2002 | Town's Resolution No. 69-02, passed and adopted on September 10, 2002. | Stip | | | |
| 18. | 10/07/2002 | Affidavit of Publication re: Notice of Public Hearing by the Board of Trustees of the Internal Improvement Trust Fund, published in the September 6,2002, Volume 28, Number 36 issue of the Florida Administrative Weekly | Stip | | | |
| 19. | 10/09/2002 | FDEP Permit Approval Letter – Mid-Town Beach Expansion and Nourishment | Stip | | | |
| 20. | 10/11/2002 | Proof of Publication – Palm Beach Post Public Workshop re: Erosion Control Line | Stip | | | |
| 21. | 10/18/2002 | Proof of Publication – Palm Beach Post Public Hearing re: Erosion Control Line | Stip | | | |
| 22. | 2013 | FDEP Palm Beach Island Beach Management Agreement – Town of Palm Beach | Stip | | | |
| 23. | 06/10/2013 | Coastal Coordinator Shoreline Condition Assessment Presentation | Stip | | | |
| 24. | 2014-2015 | Coastal Coordinator Shoreline Condition Assessment Presentation | Stip | | | |
| 25. | 02/11/2020 | Town's Ordinance No. 04-2020, passed and adopted on February 11, 2020. | Stip | | | |
| 26. | 09/28/2020 | Memo from Paul Brazil P.E. to Mayor and Town Council Re. Public Works Actions to Date – Sunrise Avenue to Wells Road Information for Town Council Meeting on 10/13/2020 | Stip | | | |

3

| Def. No. | Doc Date | Description of Exhibits | Obj./Stip | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 27. | 10/02/2020 | Memorandum Dated October 2, 2020, from Wayne Bergman, Director of Planning, Zoning and Building to Mayor and Town Council Re. Status on the Root Trail Beach Access for Town Council Meeting on 10/13/2020 | Stip | | | |
| 28. | 10/13/2020 | Minutes of the Town Council Meeting Held on Tuesday, 10/13/2020 | Stip | | | |
| 29. | 11/10/2020 | Agenda and Packet for the Town Council Meeting on 11/10/2020 | Stip | | | |
| 30. | 11/10/2020 | Minutes of the Town Council Meeting Held on 11/10/2020 | Stip | | | 4\|8 |
| 31. | 12/07/2020 | Agenda and Packet for Notice of Special Town Council Meeting on 12/07/2020 | Stip | | | 4\|7 |
| 32. | 12/07/2020 | Minutes of the Special Town Council Meeting Held on 12/07/2020 | Stip | | | |
| 33. | 12/07/2020 | Transcript of the Special Town Council Meeting Held on 12/07/2020 | Stip | | | 4\|7 |
| 34. | 12/07/2020 | Video of the Special Town Council Meeting Held on Monday 12/07/2020 | Stip | | | |
| 35. | 12/07/2020 | Excerpt of 12/07/2020 Town Meeting Video (Daniels) | Stip | | | 4\|7 |
| 36. | 12/09/2020 | Town of Palm Beach Ordinance No. 20-2020, passed and adopted on 12/06/2020 | Stip | | | |
| 37. | 06/08/2021 | Town's Ordinance No. 13-2021, passed and adopted on June 8, 2021. | Stip | | | |
| 38. | 09/14/2021 | Town's Ordinance No. 21-2021, passed and adopted on September 14, 2021. | Stip | | | |
| 39. | 2024 | Curriculum Vitae – Michael G. Jenkins, PhD, PE | Stip | | | |

| Def. No. | Doc Date | Description of Exhibits | Obj./Stip | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 40. | 06/05/2002 | Survey - Town's Mean High Water Survey and Proposed Erosion Control Line North Extension, approved 01/10/2003, recorded 01/17/2003 | Stip | | | 4/8 |
| 41. | 05/14/2002 | Permit/Authorization Issued by FDEP to Town of Palm Beach for the Mid-Town Beach Expansion and Nourishment Project. Permit No. 0164713-001-JC | Stip | | | |
| 42. | 05/20/2003 | Construction Completion Notice and 05/13/2003 FWC Letter re Scarp Remediation | Stip | | | |
| 43. | 2004 | 2004 Monitoring Report | Stip | | | |
| 44. | 09/2008 | 2007 Town of Palm Beach Annual Monitoring Topographic and Hydrographic Survey Report | Stip | | | |
| 45. | 09/24/2013 | Drawings – Town of Palm Beach Mid-Town Beach Renourishment, prepared by Applied Technology & Management Inc. | Stip | | | 4/6 |
| 46. | 10/09/2014 | Transcript of FDEP Workshop and Hearing Regarding Mid-Town Beach Renourishment North & South Erosion Control Line Extensions | | | | |
| 47. | 12/22/2014 | Image of Beach Conditions in the Vicinity of Dunbar Road Looking North (Jenkins) | Stip | | | |
| 48. | 01/09/2015 | Image of Beach Conditions in the Vicinity of Wells Road Looking South (Jenkins) | Stip | | | |
| 49. | 02/01/2015 | Image of Beach Conditions in the Vicinity of Wells Road Looking South During Project Construction (Jenkins) | Stip | | | |
| 50. | 02/03/2015 | Image of Beach Conditions in Looking North During Project Construction (Jenkins) | Stip | | | |

| Def. No. | Doc Date | Description of Exhibits | Obj./Stip | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 51. | 2013-2019 | Composite of Applied Technology & Management/Mike Jenkins Photographs of the beach area from Wells Road to Sunset Avenue and related renourishment activity. | Stip | | | 4/6 |
| 52. | 06/30/2017 | Klann Warranty Deed | | | | |
| 53. | | Klann Boundary Survey | | | | |
| 54. | 05/31/2017 | Klann Title Insurance | R | | | 4/7 |
| 55. | 08/31/2001 | Kinzelberg Title Insurance | R | | | |
| 56. | 09/24/2001 | Kinzelberg Boundary Survey | | | | |
| 57. | 10/11/2019 | Email Thread – Robert Weber, Paul Brazil, Patricia Strayer, and residents Re. Easements Update | Stip | | | |
| 58. | 04/14/2020 | Text Messages – Mary Anne and Harvey Kinzelberg & 13127203087 & Victor | H | | | |
| 59. | 08/09/2022 | Kinzelberg Boundary Survey | | | | |
| 60. | 04/25/2019 | Shore Protection Board Meeting Minutes | R, H | | | |
| 61. | 12/03/2023 | Text Messages – Cloutier and Daniels | Stip | | | 4/7 |
| 62. | 08/04/2023 | Cloutier Title Policy | R | | | |
| 63. | 1999 | Pucillo Family Photos | R | | | 4/9 |
| 64. | | Composite of Wentley Photos | R | | | 4/9 |
| 65. | | Helen Tracy Photographs [Tracy Deposition Exhibit 2] | R | | | 4/9 |
| 66. | | Composite Additional Tracy Photographs [Tracy Deposition Exhibit 3] | R | | | 4/9 |
| 67. | 01/06/1982 | Aerial Survey [Tracy Deposition Exhibit 4] | F, H, R | | | |
| 68. | 03/18/2022 | Emails from Helen K. Tracy to Benjamin Alma with Town's Police Re. Beach between Wells Road and Breakers | R, H | | | |

| Def. No. | Doc Date | Description of Exhibits | Obj./Stip | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 69. | 04/20/2022 | Handwritten Letter from Helen K. Tracy to Code Enforcement, Palm Beach | R, H | | | |
| 70. | 08/07/2019 | Letter from Weber to Kinzelberg re. Additional Details and Final Request for Temporary Construction Easement Mid-Town Beach Nourishment Project | Stip | | | 4/10 |
| 71. | 09/27/2019 | Email from Brazil to Daniels, with attachments, re. Suggested Language | Stip | | | 4/16 |
| 72. | 10/11/2019 | Weber Email to Pucillo RE: Easements Update [Daniels Deposition Exhibit 12] | Stip | | | |
| 73. | 10/14/2019 | Weber Email to Residents re USACE Workshop – Mid-Town Easements [Daniels Deposition Exhibit 13] | Stip | | | 4/16. |
| 74. | 10/28/2020 | Email from Daniels to Weber re. Flier | Stip | | | |
| 75. | 11/05/2020 | Emails between Les Daniels and Robert Weber re. Monoposts | Stip | | | |
| 76. | 06/28/2019 | Letter from Rabideau on behalf of Atlantic 100 block owners | R, H | | | 4/16 |
| 77. | 07/23/2020 | Memorandum from Brazil to Town Council re: Ownership and Use of Beach and Accesses Between Wells Road and Root Trail | Stip | | | 4/16 |
| 78. | 12/07/2020 | Backup Notice of Special Town Council Meeting 12/07/2020 | Stip | | | |
| 79. | 2001 | 2001 Survey [Daniels Deposition Exhibit 2] | Stip | | | |
| 80. | 2022 | 2022 Survey [Daniels Deposition Exhibit 3] | Stip | | | |
| 81. | 10/25/2002 | Temporary Easement Mid-Town Beach Renourishment and Expansion Project – James J. Smith, Lewis J. DiNitto and David L. Murphy, Trustees of the Taja Realty Trust ("Grantor"); Recorded 03/28/2003 | Stip | | | |

7

| Def. No. | Doc Date | Description of Exhibits | Obj./Stip | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 82. | 11/10/2014 | Temporary Easement Mid-Town Beach Nourishment Project - 100 Everglades, LLC ("Grantor"); Recorded 01/07/2015 | Stip | | | |
| 83. | 08/09/2019 | Weber Email to Residents Re: Additional Details and Request for Easement – Mid-Town | Stip | | | |
| 84. | 04/2019 | Photo of Everglades Beach Access | Stip | | | 4/8 |
| 85. | 04/28/2020 | Brazil Email to Daniels RE: Beach | Stip | | | |
| 86. | | Photo of Posts and Rope | Stip | | | |
| 87. | 04/07/2022 | Kinzelberg Email to Daniels FW: Posts marking private property and Town access point | Stip | | | 4/8 |
| 88. | | Photo of Posts and Cones | Stip | | | |
| 89. | | Photo of Cones | Stip | | | |
| 90. | 10/7/2025 | Photo – 220 N. Ocean Blvd. | F, H | | | 4/7 |
| 91. | | Residence Aerial and Condo Aerial [Daniels Deposition Exhibit 16] | Stip | | | |
| 92. | 06/26/2019 | Rogers Email to Daniels Re Meeting thoughts | Stip | | | 4/7 |
| 93. | 07/02/2019 | Kinzelberg Email to Schuster | Stip | | | 4/8 |
| 94. | 11/04/2019 | Project Partnership Agreement Between Dept. of Army and Town Mid-Town Segment | Stip | | | |
| 95. | 06/24/2020 | Brazil Email to Silver, Daniels RE UPDATE Signage on redesigned Dunbar Access | Stip | | | |
| 96. | 11/22/2020 | Rogers Email to Daniels Re how to Form a Homeowners Association of Your Own in 18 Steps | Stip | | | |

| Def. No. | Doc Date | Description of Exhibits | Obj./Stip | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 97. | 11/24/2020 | Rothrock Email to Police Captains, Lieutenants, Sgts RE Sunrise to Wells Beach Update | Stip | | | |
| 98. | 04/22/2021 | Becker Letter to Richard Miller re Sun and Surf One Hundred Assoc. Perpetual Easement | H, R | | | |
| 99. | 06/09/2021 | Murphy USACE Email to Daniels RE Non-DoD Source Re Beach | Stip | | | |
| 100. | 09/10/2021 | Cheezem Email to Mealy, Brazil, Alderman RE Town of Palm Beach/Akerman – Beach Access Issues/Confidential | Stip | | | |
| 101. | 09/10/2021 | Mealy Email to Brazil RE Town of Palm Beach/Akerman – Beach Access Issues/Confidential | Stip | | | |
| 102. | 09/17/2021 | Brazil Email to Weber FW Beach access issues | Stip | | | |
| 103. | 09/23/2021 | Alderman Email to Weber, Cheezem, Mealy, Brazil RE Beach access issues | Stip | | | |
| 104. | 10/15/2021 | Alderman Email to Weber, Brazil, Mealy Re Customary Use | Stip | | | |
| 105. | 10/18/2021 | Email from Akerman LLP to Town of Palm Beach, with Memorandum re. Customary Use Doctrine | Stip | | | |
| 106. | 10/18/2021 | Brazil Email to Blouin FW Privileged and Confidential Attorney-Client Communication Customary Use | Stip | | | 4/8 |
| 107. | 10/18/2021 | Brazil Email to Rothrock FW Privileged and Confidential Attorney-Client communication Customary Use | Stip | | | 4/7 |
| 108. | 10/22/2021 | Email from Capt. Rothrock to Town Police Re. Beach Trespass Update | Stip | | | 4/7 |
| 109. | 02/24/2022 | Weber Email to Kinzelberg re public works monoposts | Stip | | | |
| 110. | 03/10/2023 | Rothrock Email to Daniels RE Waterways Incident 3/9/2023 | Stip | | | |
| 111. | 03/05/2024 | Brazil Email to O'Connor Fw Dunbar Gate | Stip | | | |

| Def. No. | Doc Date | Description of Exhibits | Obj./Stip | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 112. | | Enlargements of "admitted" excerpt(s) from any expert report. | | | | |
| 113. | | Enlargements of any "admitted" exhibit listed by any party. | | | | |
| 114. | | Without waiving any objection, all exhibits listed by any other party. | | | | |