UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:25-cv-80368-WPD

LESLIE B. DANIELS and
100 EVERGLADES, LLC,

     Plaintiffs,

v.

TOWN OF PALM BEACH, FLORIDA,

     Defendant.

_____/

## EXHIBIT C TO PRETRIAL STIPULATION

### PLAINTIFFS' TRIAL WITNESS LIST

| Name | Likelihood of Testifying | Objection to Testifying |
|---|---|---|
| Leslie B. Daniels<br>c/o Joseph P. Kenny, Esq.<br>WEBER, CRABB & WEIN, P.A.<br>5453 Central Avenue<br>St. Petersburg, FL 33710 | Likely<br><br>V-7 4/7 | |
| Tiffany Dawn Cloutier<br>c/o S. William Moore, Esq.<br>Vanessa Bolton, Esq.<br>MOORE BOWMAN & REESE, P.A.<br>551 N. Cattlemen Road, Ste. 100<br>Sarasota, FL 34232 | Likely | |
| Andrea Salvi<br>c/o S. William Moore, Esq.<br>Vanessa Bolton, Esq.<br>MOORE BOWMAN & REESE, P.A.<br>551 N. Cattlemen Road, Ste. 100<br>Sarasota, FL 34232 | Possible | |
| Avery K. Klann<br>c/o S. William Moore, Esq.<br>Vanessa Bolton, Esq. | Likely<br>W-5 4/7 | |

| | | |
|---|---|---|
| MOORE BOWMAN & REESE, P.A.<br>551 N. Cattlemen Road, Ste. 100<br>Sarasota, FL 34232 | | |
| Harvey Kinzelberg<br>c/o S. William Moore, Esq.<br>Vanessa Bolton, Esq.<br>MOORE BOWMAN & REESE, P.A.<br>551 N. Cattlemen Road, Ste. 100<br>Sarasota, FL 34232 | Possible | |
| John Fitzpatrick<br>c/o S. William Moore, Esq.<br>Vanessa Bolton, Esq.<br>MOORE BOWMAN & REESE, P.A.<br>551 N. Cattlemen Road, Ste. 100<br>Sarasota, FL 34232 | Possible | |
| David Fisher<br>c/o S. William Moore, Esq.<br>Vanessa Bolton, Esq.<br>MOORE BOWMAN & REESE, P.A.<br>551 N. Cattlemen Road, Ste. 100<br>Sarasota, FL 34232 | Possible | |
| H. Paul Brazil<br>c/o Jones Foster, P.A.<br>505 S Flagler Dr Ste 1100<br>West Palm Beach, FL 33401 | Possible<br><br>W-4 4/16 | |
| Gail Coniglio<br>1139 N. Ocean Blvd.<br>Palm Beach, FL 33480 | Possible | |
| Kirk Blouin<br>c/o Jones Foster, P.A.<br>505 S Flagler Dr Ste 1100<br>West Palm Beach, FL 33401 | **Possible – Via Deposition** | |
| Margaret Zeidman<br>229 Barton Avenue<br>Palm Beach, FL 33480 | Possible | |
| John Randolph<br>c/o Jones Foster, P.A.<br>505 S Flagler Dr Ste 1100 | Possible | |

| | | |
|---|---|---|
| West Palm Beach, FL 33401 | | |
| Will Rothrock<br>c/o Jones Foster, P.A.<br>505 S Flagler Dr Ste 1100<br>West Palm Beach, FL 33401 | Possible<br><br>W-6  4/7 | |
| Lainie Edwards, Deputy Director<br>Florida DEP<br>3900 Commonwealth Boulevard<br>Tallahassee, FL 34399-3000 | Possible | |
| Nicholas P. Caristo<br>c/o Jones Foster, P.A.<br>505 S Flagler Dr Ste 1100<br>West Palm Beach, FL 33401 | Possible<br><br>W-3  4/6 | |
| Wayne Bergman<br>c/o Jones Foster, P.A.<br>505 S Flagler Dr Ste 1100<br>West Palm Beach, FL 33401 | Possible | |
| Patricia Strayer<br>c/o Jones Foster, P.A.<br>505 S Flagler Dr Ste 1100<br>West Palm Beach, FL 33401 | Possible<br><br>W-2  4/6 | |
| Joseph Guelli<br>c/o Jones Foster, P.A.<br>505 S Flagler Dr Ste 1100<br>West Palm Beach, FL 33401 | Possible | |
| Michael Jenkins<br>2047 Vista Parkway, Suite 101<br>West Palm Beach, FL 33411 | Likely<br>W-1  4/6 | |
| | | |

3