UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LESLIE B. DANIELS and
100 EVERGLADES, LLC,

        Plaintiff(s),

                                     Case No:  9:25-cv-80368-WPD/BER

v.

TOWN OF PALM BEACH, FLORIDA

        Defendant(s),

_____/

## EXHIBIT A TO PRETRIAL STIPULATION

# PLAINTIFFS' TRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objs/Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | 4/7 | | STIP. | Lease |
| 2. | | 4/7 | | STIP. | Depiction of Daniels Property |
| 3. | | | | F, R | Beach Access Network Map |
| 4. | | 4/6 | | H, UP (highlighting) | 2014 Temporary Easement |
| 5. | | | | H, UP | 2014 DEP Grant Agreement |

[1] Type "STIP" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit. In noting the basis for objections, the following codes should be used:

A—Authenticity
I—Contains inadmissible matter (mentions insurance, prior conviction, etc.)
R—Relevancy
H—Hearsay
UP—Unduly prejudicial-probative value outweighed by undue prejudice
P—Privileged
F—Foundation

1

Case 9:25-cv-80368-WPD    Document 79-1    Entered on FLSD Docket 02/20/2026    Page 2 of 7

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (highlighting, incomplete document) |
| 6. | | | | H, R | Town Memo 10.2.2020 |
| 7. | | 4/6 | | F, H, UP (highlighting) | Perpetual Easement Request 5.13.19 |
| 8. | | 4/6 | | F, H, UP (highlighting) | Email from Weber to Town Council 9.27.19 |
| 9. | | 4/7 | | F | Email from Rothrock on Private Prop Enforcement 8.31.20 |
| 10. | | 4/7 | | R, H, UP (highlighting) | Email from Weber monoposts exempt from permits 9.23.20 |
| 11. | | 4/6 | | R, F, H, UP (highlighting) | Brazil memo to TC on monoposts 9.28.20 |
| 12. | | | | R, H, UP (highlighting) | Email from Weber re Monopost Posting 11.5.20 |
| 13. | | | | R, F | Email from Rothrock on Posts 11.5.20 |
| 14. | | | | STIP. | Town of Palm Beach Ordinance 20-2020 |
| 15. | | | | A, H, R, UP (also highlighting) | Palm Beach Daily News Article - Beach to Close at Night |
| 16. | | | | H, UP (highlighting) | Email from Daniels to Zeidman, Araskog, Caristo re Dogs off leash 5.11.21 |
| 17. | | 4/7 | | H, UP (highlighting) | Beach Access and Public Use FAQ |
| 18. | | 4/7 | | H, UP (also highlighting) | Email btwn Weber and Daniels double talk on FAQ 2.25.21 |
| 19. | | 4/7 | | H, UP (highlighting) | Email from Daniels to Brazil and Weber about lying to ppl 3.8.21 |
| 20. | | | | H, UP | Email btwn Daniels and DEP Garis re Fraud 4.1.21 |
| 21. | | 4/6 | | H, UP (highlighting) | Email from Rothrock considering Root Trail public 04.17.21 |
| 22. | | | | H, UP (also highlighting) | Email btwn Daniels and DEP Edwards removes Atlantic Ave as public 7.16.21 |

2

| No. | | Date | | Code | Description |
|---|---|---|---|---|---|
| 23. | | 4/6 | | STIP. | Email from Rothrock tells police not to enforce PP 10.22.21 |
| 24. | | 4/7 | | STIP. | Email from Rothrock to Cloutier 1.10.22 |
| 25. | | 4/7 | | R | Code Violation Notice re Monopost to Daniels 4.14.22 |
| 26. | | | | F, A, H, R, UP | Code Violation hearing pictures |
| 27. | | 4/7 | | R | Code Violation Notice re Cones to Daniels 1.23.23 |
| 28. | | 4/7 | | H, UP (also highlighting) | Email from Maggie Zeidman to Daniels 3.9.23 |
| 29. | | 4/7 | | H, R, UP (also highlighting) | Email from Rothrock to Daniels re investigation 11.27.23 |
| 30. | | 4/6 | | STIP. | Beach Aerial Properties Marked |
| 31. | | 4/6 | | A, H, F | Email from Rothrock re map showing private beachlines 8.12.20 |
| 32. | | 4/7 | | F | Email from Rothrock sunrise to wells beach update 11.5.20 w Attach |
| 33. | | 4/7 | | R | Photos of Posts and Cones (Ex 22 Blouin Depo) |
| 34. | | 4/7 | | F | Email from Rothrock FAQ 11.24.20 |
| 35. | | | | STIP. | Declaration of Will Rothrock |
| 36. | | 4/6 | | H, UP (highlighting only) | Email from Rothrock re Police Enforcement along N Ocean 9.21.20 |
| 37. | | | | F, H, UP (also highlighting) | Email from Caristo to Blouin 4.1.21 |
| 38. | | 4/6 | | STIP. | Mjenkins Town Expert Report 8.11.2025 |
| 39. | | 4/6 | | STIP. | 24 Feb 2015 - Midtown Beach - North Reach (Aerial Photos) |
| 40. | | 4/6 | | STIP. | Photos from Jenkins Deposition |
| 41. | | | | F, H | 2004.08.01_TOWN OF PALM BEACH, ONE YEAR POST-CONSTRUCTION BEACH RENOURISHMENT PROJECT, 2004 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MONITORING REPORT |
| 42. | | | | | STIP. | 2008.09.30_2007 ANNUAL MONITORING TOPOGRAPHIC & HYDROGRAPHIC SURVEY REPORT |
| 43. | | | | | STIP. | Mid-Town Con Docs |
| 44. | | | 4/6 | | MISSING | Certified copy of Temporary Easement - 2002 |
| 45. | | | | | STIP. | Bermuda Ln Palm Beach, FL 33480 - Bing Maps |
| 46. | | | | | STIP. | Barton Ave Palm Beach, FL 33480 - Bing Maps |
| 47. | | | 4/6 | | F, H, UP (highlighting) | Weber letter to HK re Easement 8.7.19 |
| 48. | | | 4/7 | | H, UP (also highlighting) | Email from Weber re Addtl Details and Req for Easement 8.9.19 |
| 49. | | | 4/6 | | F, H, UP (also highlighting) | Email from Blouin re easements update 10.14.19 |
| 50. | | | 4/6 | | F, H, UP (highlighting) | Email from Caristo to Blouin re beach enforcement 3.30.20 |
| 51. | | | 4/7 | | F, H, UP (highlighting) | Email from Rothrock re Dunbar and Wells Public Bch Access 9.4.20 |
| 52. | | | 4/6 | | F, H, UP (highlighting) | 9.30.20 info for Town Council Meeting 10.13.20. |
| 53. | | | 4/7 | | F, H, UP (also highlighting) | Email from Michael Rubinoff 9.28.20 |
| 54. | | | 4/7 | | STIP. | Email from Weber to Daniels re Draft Flyer 10.27.20 |
| 55. | | | 4/7 | | H | Email Chain btwn Weber and Daniels re Town Flyer Nov 2020 |
| 56. | | | 4/7 | | F, H | EMF Rothrock re request for legal opinion 04.01.21 |
| 57. | | | 4/6 | | F, H | Email chain re town manager authorization of akerman engagement re beach use questions 9.21.21 |
| 58. | | | 4/6 | | STIP. | Akerman Memo |
| 59. | | | | | H, UP (highlighting) | Minutes of 4.12.2022 TC Meeting |

| | | | | | | |
|---|---|---|---|---|---|---|
| 60. | | 4/7 | | | STIP. | Agenda Town Council meeting 4.12.2022 |
| 61. | | | | | A, F, R, H | Image - Cones |
| 62. | | 4/6 | | | H, R, UP, F (also highlighting) | Email from Brazil re Atlantic Ave Neighborhood 6.12.19. |
| 63. | | | | | STIP. | Proofs of Publication |
| 64. | | | | | H, R, UP | Kinzelberg email re ACOE Easement |
| 65. | | 4/7 | | | A, H, R | FDEP Permit |
| 66. | | | | | H, R | Weber Monopost Drawing |
| 67. | | | | | STIP. | Section 134-2 of Town Code of Ordinances - Definitions and rules of constr. |
| 68. | | | | | Improper Evidence | Defts initial disclosures rule 26 |
| 69. | | | | | H, F (also highlighting) | Email from Paul Brazil to Weber 4.7.21 |
| 70. | | 4/6 | | | STIP. | Beach Use from Wells Road to Sunrise Ave -InfoSheet |
| 71. | | 4/6 | | | A, R, H, UP, F | Email from Michael Mcnees to Strayer 9.20.23 |
| 72. | | 4/7 | | | STIP. | Section 134-1472 of Town Code of Ordinances -Permitted uses and structures |
| 73. | | | | | STIP. | Section 134-1479 of Town Code of Ordinances-Signs |
| 74. | | 4/7 | | | STIP. | Deed 2004 to Everglades |
| 75. | | | | | R | Photos no cones posts (Doc 45-3) |
| 76. | | 4/6 | | | STIP. | Easement 2019 - Army |
| 77. | | | | | STIP. | 2019 Brazil email re 161.141 |
| 78. | | | | | A, H, F | ECL Photo Yellow Line |

Case 9:25-cv-80368-WPD Document 79-1 Entered on FLSD Docket 02/20/2026 Page 6 of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| 79. | | | | | STIP. | 1982 Version of 161 141 |
| 80. | | | | | A, R, H, UP, F | 1958 corps rpt excerpt |
| 81. | | 4/7 | | | STIP. | Daniels 2001 Survey |
| 82. | | 4/7 | | | STIP. | Daniels 2022 Survey |
| 83. | | 4/6 | | | STIP. | 2019 email threads |
| 84. | | | | | STIP. | Minutes of October 13, 2020 Town Council Meeting |
| 85. | | | | | H, R, UP (also highlighting) | Agenda Packet for Town Council Meeting on October 13, 2020 |
| 86. | | | | | H, UP (also highlighting) | Minutes of November 10, 2020 Town Council Meeting |
| 87. | | | | | STIP. | Agenda Packet for Town Council Meeting on November 10, 2020 |
| 88. | | 4/7 | | | A, R, H, UP, F | Palm Beach County Property Appraiser Info. (Def Ex 4 Daniels Depo) |
| 89. | | | | | STIP. | EMF Weber to Kinzelberg, et al 10.14.19 re US Army Corps of Engineers Workshop (Deft Ex 13 Daniels Depo) |
| 90. | | 4/6 | | | STIP. | Everglades Beach Access Google Street View (Def. Ex. 14 Daniels Depo) |
| 91. | | | | | R | Photo of Posts (Def. Ex. 17 Daniels Depo) |
| 92. | | | | | STIP. | Beach Photo (Def Ex 27 Daniels Depo) |
| 93. | | | | | R, UP | DJI_0143_beach_drone[08.03.2020] video |
| 94. | | | | | R, UP | DJI_0157_beach_drone[08.21.2020] video |
| 95. | | | | | R, UP | DJI_0327_beach_drone[04.04.2020] video |
| 96. | | | | | R, UP | DJI_0541_beach_drone[07.31.2020] video |
| 97. | | | | | R, UP | DJI_0541_beach_drone[09.26.2022] video |

Case 9:25-cv-80868-WPD   Document 79-1   Entered on FLSD Docket 02/20/2026   Page 7 of 7

| 98. | | 4/7 | | STIP. | 1970 Laws of Florida |
|---|---|---|---|---|---|
| 99. | | 4/7 | | STIP. | Ocean Park Plat |
| 100. | | 4/8 | | STIP. | Everglade Avenue Beach Access Easement |
| 101. | | | | STIP. | Zoning Map 2018 |
| 102. | | | | STIP. | Ch 82-144 |
| 103. | | | | STIP. | 1982 Staff Analysis |
| 104. | | | | STIP. | Ch 86-138 |
| 105. | | | | H, UP (highlighting) | Ch 70-276 |
| 106. | | | | R, UP | Video_beach_drone[04.07.2022] |
| 107. | | 4/7 | | R | Photo of Cones (Ex 29 Blouin Depo) |

#7626025 v2 13156-00452