UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-CV-80368-WPD/BER

LESLIE B. DANIELS and 100
EVERGLADES, LLC,

      Plaintiffs,

v.

TOWN OF PALM BEACH, FLORIDA,

      Defendant.

                                      /

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's February 19, 2026 Omnibus Order on Motions for Summary Judgment [DE 78], and the Court's Findings of Fact and Conclusions of Law, entered today by separate Order.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgement is hereby entered in favor of Plaintiffs and against Defendant as to Count III – violation of the First Amendment. *See* [DE 78]. Daniels has a free speech right to place signs that say "Private Property" on his own land. *See* [DE 78] at pp. 11-13.

2. Judgment is hereby entered in favor of Defendant and against Plaintiffs as to Count I – Taking Under the Fifth and Fourteenth Amendment. *See* Court's Findings of Fact and Conclusions of Law. Plaintiffs shall take nothing from Defendants as to this claim.

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

23rd day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record